LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile:  (415) 882-3299
E-Mail: ltownsend@owe.com

Attorneys for Defendants
KELVIN INOCENT, YMA INOCENT,
IRON PEAK HOLDINGS, LLC dba
CONCEALED AMERICAONLINE.COM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORIONCLICK LLC a California limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>KELVIN INOCENT, an individual, YMA INOCENT, an individual, IRON PEAK HOLDINGS, LLC, a Texas limited liability company dba CONCEALED AMERICAONLINE.COM, and DOES 1 through 10, incusive,<br><br>       Defendants. | Case No. 5:17-cv-00644-JSW<br><br>**ANSWER TO THE COMPLAINT OF DEFENDANTS KELVIN INOCENT, YMA INOCENT, IRON PEAK HOLDINGS, LLC dba CONCEALED AMERICAONLINE.COM**<br><br>**DEMAND FOR JURY TRIAL** |

   Defendants Kelvin Inocent, Yma Inocent, Iron Peak Holdings, LLC dba Concealed Americaonline.com (hereinafter "Defendants") hereby respond to the Complaint filed February 8, 2017, as follows, stating that all allegations not specifically admitted are denied:

## INTRODUCTION

   1. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Complaint and on that basis denies them.

1

2. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint and on that basis denies them.

3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint and on that basis denies them.

4. Defendants admit the allegations of paragraph 4 except that Defendants deny that they operate the named website; it is no longer operated.

5. Except for the argument and characterization through use of the word "blatantly," Defendants admit the allegedly Infringing Site uses the same graphics, typeface, coding, and tet as Plaintiff's website, changing the name of the business and the payment information.

6. Except for the argument and characterization through use of the word "blatantly," Defendants admit the allegations of Paragraph 6.

7. In response to the allegations of paragraph 7 of the complaint, Defendants admit the alleged Infringing Site includes the entirety of Plaintiff's Video.

8. Defendants admit the alleged Infringing Site includes Plaintiff's Certificate that were issued to persons who completed the Course.

9. In response to the allegations of paragraph 9, Defendants admit that the issued Certificate was intended to be submitted to law enforcement authorities for obtaining a gun license but, as to the remaining allegations in said paragraph, Defendants deny them.

10. In response to the allegations of paragraph 10, Defendants admit that they have enlisted the services of Facebook to promote the allegedly Infringing Site.

11. Defendant denies the allegations of paragraph 11 of the Complaint.

**JURISDICTION AND VENUE**

12. In response to the allegations of paragraph 12 of the Complaint, Defendant admits that Plaintiff asserts claims under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq*. Defendant admits that this Court has subject matter jurisdiction pursuant to 17 U.S.C. § 501, 28 U.S. C. §§ 1391 and 1338.

13. In response to the allegations of paragraph 13, Defendants deny the allegations

2

1 | contained therein.

2 | 14. Defendants lack knowledge or information sufficient to form a belief as to the
3 | truth of the allegations of paragraph 14 of the Complaint and on that basis denies them.

## INTRADISTRICT ASSIGNMENT

5 | 15. The allegations of paragraph 15 of the Complaint are legal conclusions and
6 | require no response from Defendants. To the extent a response is required, Defendants admit
7 | that intradistrict assignment is appropriate in this judicial district.

## THE PARTIES

9 | 16. Defendants lack knowledge or information sufficient to form a belief as to the
10 | truth of the allegations of paragraph 16 of the Complaint and on that basis denies them.

11 | 17. Defendants admit the allegations of paragraph 17.

12 | 18. Defendants admit the allegations of the first sentence of paragraph 17 and that the
13 | Inocents have exclusive control over Iron Peak Holdings, LLC, but as to the
14 | remaining allegations of paragraph 17, Defendants deny them.

15 | 19. Defendants lack knowledge or information sufficient to form a belief as to the
16 | truth of the allegations of paragraph 19 of the Complaint and on that basis denies them.

## FACTUAL ALLEGATIONS

18 | 20. Defendants lack knowledge or information sufficient to form a belief as to the
19 | truth of the allegations of paragraph 20 of the Complaint and on that basis denies them.

20 | 21. Defendants lack knowledge or information sufficient to form a belief as to the
21 | truth of the allegations of paragraph 21 of the Complaint and on that basis denies them.

22 | 22. Defendants lack knowledge or information sufficient to form a belief as to the
23 | truth of the allegations of paragraph 22 of the Complaint and on that basis denies them.

24 | 23. Defendants lack knowledge or information sufficient to form a belief as to the
25 | truth of the allegations of paragraph 23 of the Complaint and on that basis denies them.

26 | 24. Defendants lack knowledge or information sufficient to form a belief as to the
27 | truth of the allegations of paragraph 24 of the Complaint and on that basis denies them.

25. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25 of the Complaint and on that basis denies them.

26. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Complaint and on that basis denies them.

27. Except that the website is no longer operated, Defendants admit the allegations of paragraph 27.

28. In response to the allegations of paragraph 28, Defendants admit that it sought the services of a web developer abroad in late 2016 or early 2017 but, as to the remaining allegations of said paragraph, Defendants lack knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies them.

29. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Complaint and on that basis denies them.

30. Defendants admits that the alleged Infringing Site copied directly from the website www.concealedonline.com including the video and Certificate.

31. In response to the allegations of paragraph 31, Defendants admit that its website purported to provide an online training course for handgun owners prefatory to their application with the Virginia State Police for a concealed carry license. As to the remaining allegations of said paragraph, Defendants deny them.

32. In response to the allegations of paragraph 32, Defendants deny them.

33. In response to the allegations of paragraph 33, Defendants admit that they enlisted Facebook to promote the allegedly Infringing Site, and the advertising used the allegedly Proprietary Content. As to the remaining allegations of said paragraph, Defendants deny them.

34. In response to the allegations of paragraph 34, Defendants admit that the copied the allegedly Proprietary Content onto the allegedly Infringing Site but, as to the remaining allegations of said paragraph, Defendants deny them.

35. In response to the allegations of paragraph 35, Defendants deny the allegations.

1  36. In response to the allegations of paragraph 36, Defendants admit that the allegedly Infringing Site did request payment for the materials and the course but, as to the remaining allegations of said paragraph, Defendants deny them.

4  37. In response to the allegations of paragraph 37, Defendants deny the allegations.

## FIRST CLAIM FOR RELIEF

**Copyright Infringement, 17 U.S.C. §§501 et seq.)**

**(Against All Defendants)**

8  38. Defendants incorporate and reallege their responses to paragraphs 1-37 of the Complaint.

10  39. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Complaint and on that basis denies them.

12  40. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40 of the Complaint and on that basis denies them.

14  41. In response to the allegations of paragraph 41, Defendants admit that Plaintiff has not licensed use of its allegedly Proprietary Content to Defendants, nor has Plaintiff assigned any of its alleged exclusive rights in its copyrights to Defendants.

17  42. In response to the allegations of paragraph 42, Defendants deny the allegations.

18  43. In response to the allegations of paragraph 43, Defendants deny the allegations.

19  44. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44 of the Complaint and on that basis denies them.

21  45. In response to the allegations of paragraph 45, Defendants deny the allegations.

22  46. In response to the allegations of paragraph 46, Defendants deny the allegations.

## SECOND CLAIM FOR RELIEF

**Contributory Copyright Infringement**

**(Against Kelvin Inocent and Yma Inocent)**

26  47. Defendants incorporate and reallege their responses to paragraphs 1-46 of the Complaint.

28  5

| | | |
|---|---|---|
| 1 | 48. | In response to the allegations of paragraph 48, Defendants deny the allegations. |
| 2 | 49. | In response to the allegations of paragraph 49, Defendants deny the allegations. |
| 3 | 50. | In response to the allegations of paragraph 50, Defendants deny the allegations. |

### THIRD CLAIM FOR RELIEF

### Intentional Interference

### (Against All Defendants)

51. Defendants incorporate and reallege their responses to paragraphs 1-50 of the Complaint.

52. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 of the Complaint and on that basis denies them.

53. In response to the allegations of paragraph 53, Defendants deny the allegations.

54. In response to the allegations of paragraph 54, Defendants deny the allegations.

### AFFIRMATIVE DEFENSES

### First Affirmative Defense

(Failure to State a Claim)

Plaintiff has failed to state a claim upon which relief can be granted.

### Second Affirmative Defense

(Invalid Copyright)

Plaintiff is barred from relief because, among other reasons, Plaintiff's copyrights as alleged in the Complaint are invalid.

### Third Affirmative Defense

(Invalid Registration)

The copyright registration cited in the Complaint is invalid due to material misrepresentations in Plaintiff's application resulting in, among other things, Plaintiff's claim being subject to dismissal for lack of valid registration required as a pre-condition for bringing suit.

6

Answer To The Complaint Of Defendants Inocent, etc., Demand for Jury Trial    Case No.: 5:17-civ-00644-JSW

**Fourth Affirmative Defense**

(Federal Preemption)

Plaintiff is barred from relief on its claims under state law, because Plaintiff's claims are preempted under Section 301 of the Copyright Act.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for relief as follows:

a. That Plaintiff take nothing by way of the Complaint, including statutory damages and attorneys' fees which under the Copyright Act are not available to a plaintiff that did not register its copyright prior to commencement of the alleged infringement, and the Court dismiss the Complaint with prejudice;

b. That the Court enter judgment that Defendants are the prevailing party in this action;

c. That the Court award Defendants all costs, expenses and attorneys' fees to which prevailing Defendants are entitled under the Copyright Act; and

d. For such other relief as the Court deems proper.

Dated: 5/9/17

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: _____
Lawrence G. Townsend
Attorneys For Defendants KELVIN INOCENT, YMA INOCENT, IRON PEAK HOLDINGS, LLC dba CONCEALED AMERICAONLINE.COM

///
///
///
///

7

Answer To The Complaint Of Defendants Inocent, etc., Demand for Jury Trial    Case No.: 5:17-civ-00644-JSW

## DEMAND FOR JURY TRIAL

Defendants hereby demand a trial by jury.

Dated: 5/9/17

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: _____
Lawrence G. Townsend
Attorneys For Defendants KELVIN INOCENT, YMA INOCENT, IRON PEAK HOLDINGS, LLC dba CONCEALED AMERICAONLINE.COM

S:\LGT-TENA\INOCENT\Answer.wpd

8