# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIONCLICK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KELVIN INOCENT, et al.,<br><br>    Defendants. | Case No. 17-cv-00644-JSW<br><br>**ORDER TO SHOW CAUSE RE PLAINTIFF'S MOTION FOR ALTERNATE SERVICE**<br><br>Re: Dkt. No. 10 |

On March 22, 2017, Plaintiff OrionClick LLC ("Plaintiff") filed a motion seeking an order allowing alternate service of the complaint and summons on Defendants Kelvin Inocent and Yma Inocent. (Dkt. No. 10.) On April 10, 2017, Magistrate Judge James issued a Report and Recommendation recommending that the motion be granted. (Dkt. No. 13.) No objection to the Report and Recommendation has been filed.

On April 28, 2017, Lawrence G. Townsend, Esq., filed a notice of appearance on behalf of all Defendants in this action. (Dkt. No. 17.) On May 9, 2017, Defendants, including Kelvin Inocent and Yma Inocent, filed an answer to the complaint. (Dkt. No. 18.) Accordingly, within seven (7) days of this Order, Plaintiff shall either withdraw its motion for alternate service or show cause why the motion should not be denied as moot.

**IT IS SO ORDERED.**

Dated: May 15, 2017

_____
JEFFREY S. WHITE
United States District Judge