**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Plaintiff OrionClick LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORIONCLICK LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**KELVIN INOCENT**, an individual, **YMA INOCENT**, an individual, **IRON PEAK HOLDINGS, LLC**, a Texas limited liability company *dba* **CONCEALEDAMERICAONLINE.COM**, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | Case No. 4:17-cv-00644-JSW<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS KELVIN INOCENT AND YMA INOCENT** |

Case No. 4:17-cv-00644-JSW   **PLAINTIFF'S NTC. OF WITHDRAWAL OF MTN. FOR ALTERNATIVE SERVICE**

1    Pursuant to the Court's Order dated May 15, 2017, and the appearance of
2  Defendants in this action, Plaintiff OrionClick LLC ("Plaintiff" or "OrionClick") hereby
3  withdraws its motion for an order allowing alternative service of the Summons and
4  Complaint on Defendants Kelvin Inocent and Yma Inocent (collectively, the "Individual
5  Defendants"), filed in this court on March 22, 2017.

7  Respectfully Submitted,

8  Dated: May 18, 2017                          **KRONENBERGER ROSENFELD, LLP**

10                                              By:      s/ Virginia Sanderson
                                                           Virginia Sanderson

    Attorneys for Plaintiff OrionClick LLC