LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299
E-Mail:  ltownsend@owe.com

Attorneys for Defendants
KELVIN INOCENT, YMA INOCENT,
IRON PEAK HOLDINGS, LLC dba
CONCEALED AMERICAONLINE.COM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORIONCLICK LLC a California limited liability company, | Case No. 5:17-cv-00644-JSW |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| KELVIN INOCENT, an individual, YMA INOCENT, an individual, IRON PEAK HOLDINGS, LLC, a Texas limited liability company dba CONCEALED AMERICAONLINE.COM, and DOES 1 through 10, incusive, | |
| Defendants. | |

Pursuant to Civil L. R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. None other than named Defendants.

Dated: June 2, 2017                    LAW OFFICES OF LAWRENCE G. TOWNSEND

                                       By: /s/ Lawrence G. Townsend
                                       Lawrence G. Townsend
                                       Attorneys For Defendants KELVIN INOCENT, YMA
                                       INOCENT, IRON PEAK HOLDINGS, LLC dba
                                       CONCEALED AMERICAONLINE.COM

S:\LGT-TENA\INOCENT\Cert-InterestedEntities.wpd