

| | |
|---|---|
| **KRONENBERGER ROSENFELD, LLP**<br>Karl S. Kronenberger (Bar No. 226112)<br>Jeffrey M. Rosenfeld (Bar No. 222187)<br>Virginia A. Sanderson (Bar No. 240241)<br>Liana W. Chen (Bar No. 296965)<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158<br>karl@KRInternetLaw.com<br>jeff@KRInternetLaw.com<br>ginny@KRInternetLaw.com<br>liana@KRInternetLaw.com<br><br>Attorneys for Plaintiff OrionClick LLC | **L/O OF LAWRENCE G. TOWNSEND**<br>Lawrence G. Townsend (Bar No 88184)<br>455 Market Street, Suite 1910<br>San Francisco, CA 94105<br>Telephone: (415) 882-3288<br>Facsimile:   (415) 882-3299<br>ltownsend@owe.com<br><br>Attorneys for Defendants Kelvin Inocent, Yma Inocent, Iron Peak Holdings, LLC, dba ConcealedAmericaOnline.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORIONCLICK LLC**, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**KELVIN INOCENT**, an individual, **YMA INOCENT**, an individual, **IRON PEAK HOLDINGS, LLC**, a Texas limited liability company *dba* **CONCEALEDAMERICAONLINE.COM**, and **DOES 1 through 10**, inclusive,<br><br>　　　　　Defendants. | Case No. 4:17-cv-00644-JSW<br><br>**JOINT CONSENT TO MAGISTRATE JUDGE & [PROPOSED] ORDER** |

Case No. 4:17-cv-00644-JSW                                   **JOINT CONSENT TO MAGISTRATE JUDGE & [PROP.] ORDER**

Pursuant to the Court's recommendation and order at the June 16, 2017 Case Management Conference held in the above-entitled action, the Plaintiff OrionClick LLC ("Plaintiff") and Defendants Kelvin Inocent, Yma Inocent, and Iron Peak Holdings (collectively, "Defendants"), hereby stipulate as follows:

In accordance with the provisions of 28 U.S.C. § 636(c), the Parties, and each of them, **consent** to have any one of the following United States magistrate judges conduct all further proceedings in this case, including trial and entry of final judgment: Hon. Laurel Beeler, Hon. Jacqueline Scott Corley, and Hon. Joseph C. Spero. The undersigned understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully Submitted,

Dated: June 30, 2017          **KRONENBERGER ROSENFELD, LLP**

                              By     s/ Virginia Sanderson
                                        Virginia Sanderson

                              Attorneys for Plaintiff OrionClick LLC

Dated: June 30, 2017          **LAW OFFICES OF LAWRENCE G. TOWNSEND**

                              By     s/ Lawrence G. Townsend
                                        Lawrence G. Townsend

                              Attorneys for Defendants Kelvin Inocent, Yma Inocent, and Iron Peak Holdings, LLC *dba* ConcealedAmericaOnline.com

Case No. 4:17-cv-00644-JSW     1     **JOINT CONSENT TO MAGISTRATE JUDGE & [PROP.] ORDER**

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

                                       s/ Virginia Sanderson
                                       Virginia Sanderson



**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the above JOINT CONSENT TO MAGISTRATE JUDGE is approved. This case is hereby reassigned to Magistrate Judge _____ for all purposes.

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE



KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108